# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RICHARD CRATIS CARTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1401

_____

November 21, 2025

Appeal from the Circuit Court for Sarasota County; Donna M. Padar, Judge.

Blair Allen, Public Defender, and William L. Sharwell, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.